# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA KOBRIN,<br><br>   Plaintiff,<br><br> v.<br><br>GOLDEN STATE YMCA, et al.,<br><br>   Defendants. | Case No.: 1:18-cv-01748-LJO-BAM<br><br>ORDER REFERRING THE MATTER TO VDRP<br><br>(Doc. No. 11) |

Pursuant to the Stipulation of the parties and Local Rule 271, the parties appearing in this action have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. Therefore, the Court **ORDERS**:

 1. The matter is referred to the Voluntary Dispute Resolution Program;

 2. All case dates are **VACATED** and a scheduling conference will be set if it becomes necessary.

 3. The parties shall notify the Court within thirty (30) days of completing the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: **April 5, 2019**     /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE